UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BURNS,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVIS, *et al.*,<br><br>            Defendants. | Case No. 2:19-cv-0218-RFB-BNW<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE APPEARANCE DAVID BURNS,#1139521** |

TO:   PERRY RUSSELL, WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER, CARSON CITY, NV

**THE COURT HEREBY FINDS** that **DAVID BURNS, #1139521**, is presently in custody of the Nevada Department of Corrections, located at Northern Nevada Correctional Center, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Northern Nevada Correctional Center, or his designee, shall arrange for and produce that **DAVID BURNS, #1139521**, on or about Friday, September 17, 2021, at the hour of 8:00 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until that **DAVID BURNS, #1139521**, is released and discharged by the said Court; and that that **DAVID BURNS, #1139521**, shall thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center, Carson City, NV, under safe and secure conduct.

**DATED** this <u>13th</u> day of September, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28